Case 2:00-cr-00105-RHW   Document 240   Filed 10/29/15

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 29, 2015

SEAN F. McAVOY, CLERK

United States of America
v.
HUGO COLLAZOS-MUNOZ,

Case No: 2:00-CR-105-RHW
USM No: 13670-086

Date of Original Judgment:
Date of Previous Amended Judgment: 12/15/2009
*(Use Date of Last Amended Judgment if Any)*

Andrea George
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 12/15/2009 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 10/29/2015

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Robert H. Whaley, Senior Judge U.S. District Court
*Printed name and title*